# UNITED STATES DISTRICT COURT
## District of Minnesota

Noridin Warsame

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 20-cv-1318 ECW

Metropolitan Transportation Network, Inc.

Defendant(s)

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. That the 467 Eligible Settlement Class Members who timely cashed their settlement checks, identified in Exhibit A to the Stipulation, are dismissed from this case with prejudice. This dismissal with prejudice includes the claims of Named Plaintiff Noridin Warsame in the above-captioned case.
2. That the 154 Eligible Settlement Class Members who did not timely cash their settlement checks, identified in Exhibit B to the Stipulation, are dismissed from this case without prejudice.

Date: 8/16/2022

KATE M. FOGARTY, CLERK